# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **ANDREW MICHAEL GOMEZ, and JEFFREY ALLEN DABB,** <br><br> **Defendant.** | **CR 20-06-GF-BMM** <br><br><br> **ORDER DISMISSING FORFEITURE ALLEGATION** |

The United States of America has moved to dismiss the forfeiture allegation in the indictment because the government no longer wishes to pursue forfeiture of items associated with this case. Accordingly, IT IS HEREBY ORDERED that the motion to dismiss the forfeiture allegation is GRANTED; and the forfeiture allegation contained in the indictment is DISMISSED.

DATED this 28th day of September 2020.

_____
Brian Morris, Chief District Judge
United States District Court

1